NUMBER 13-03-149-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

_______________________________________________________________


IN RE: ROBERT NARVELL CARNAHAN

________________________________________________________________



On Petition for Writ of Mandamus

________________________________________________________________



MEMORANDUM OPINION


Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam



 This cause is before the Court on relator's motion to dismiss petition for writ of mandamus. The Court, having examined
and fully considered the documents on file and relator's motion to dismiss, is of the opinion that the motion should be
granted. Relator's motion to dismiss petition for writ of mandamus is GRANTED, and the petition for writ of mandamus is
hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 16th day of April, 2003 .